IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUADALUPE GUERRA,

    Plaintiff,

vs.

DERRAL ADAMS, et al.,

    Defendants.

1: 08  CV 00785 YNP GSA (PC)

ORDER DISMISSING ACTION

    Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

    By order filed April 1, 2009, the court issued an order dismissing the operative complaint for failure to state a claim and directing Plaintiff to file an amended complaint within thirty days.  Plaintiff has been granted three extensions of time to file an amended complaint. Plaintiff has not filed an amended complaint.

    In the April 1, 2009, order the court informed Plaintiff of the deficiencies in his complaint, and dismissed the complaint on the ground that Plaintiff had failed to state a claim upon which relief could be granted.  Because Plaintiff has not filed an amended complaint, the court is left with little option other than  dismissal of the claims made in the original complaint with prejudice for failure to state a federal claim upon which the court could grant relief.  See

1

1 | Noll v. Carlson, 809 F. 2d 1446, 1448 (9th Cir. 1987) (prisoner must be given notice of
2 | deficiencies and opportunity to amend prior to dismissing for failure to state a claim).
3 |      Accordingly, IT IS HEREBY ORDERED that this action is be dismissed with
4 | prejudice for failure to state a claim upon which relief can be granted.

7 |     IT IS SO ORDERED.
8 | **Dated:**   **September 10, 2009**          /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE